```
                                                   ┌─────────────────────────────┐
                                                   │ USDC SDNY                   │
                                                   │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                       │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                      │ DOC #:                      │
-----------------------------------------X         │ DATE FILED: 7/29/16         │
                                                   └─────────────────────────────┘
```

BALDWIN, et al.,

                Plaintiff,           12 **CIVIL** 9360 (ALC)

     -against-               **JUDGMENT**

EMI FEIST CATALOG, INC.,
                Defendants.
-----------------------------------------X

       The United States Court of Appeals for the Second Circuit having issued a Mandate reversing the Court's grant of summary judgment for Defendants, and the matter having come before the Honorable Andrew L. Carter, Jr., United States District Judge, and the Court, on July 27, 2016, having rendered its Order remanding the above-styled case back to this Court for entry of a declaratory judgment in Plaintiffs' favor. For the reasons set forth in the Second Circuit's opinion, the Court enters declaratory judgment for Plaintiffs; and directing the Clerk of Court to close this case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2016, the United States Court of Appeals for the Second Circuit issued a Mandate reversing the Court's grant of summary judgment for Defendants and is remanding the above-styled case back to this Court for entry of a declaratory judgment in Plaintiffs' favor. For the reasons set forth in the Second Circuit's opinion, the Court enters declaratory judgment for Plaintiffs; accordingly, the case is closed.

**Dated:** New York, New York
           July 29, 2016

                                                               **RUBY J. KRAJICK**

                                                                 Clerk of Court

                               **BY:**
                                                               **Deputy Clerk**